IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JAMES J. PIERCE, an individual;     )
DAWN M. PIERCE, an individual,      )    2:11-cv-02280-GEB-EFB
                                    )
            Plaintiffs,             )
                                    )    ORDER OF DISMISSAL
      v.                            )
                                    )
COUNTY OF SIERRA, CALIFORNIA, a     )
political subdivision of the        )
State of California; OFFICE OF      )
SHERIFF OF THE COUNTY OF SIERRA;    )
JACOB ALLEN MURRAY, an              )
individual,                         )
                                    )
            Defendant.[1]           )
_____)
```

Plaintiffs were required to respond to an Order filed November 8, 2011, by either filing proof that Defendant Brad S. Dempster was served with process or a document showing good cause for Plaintiffs' failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 9.) Plaintiffs filed a document on December 28, 2011, in which they "request the court dismiss DEMPSTER, without prejudice, at this time." (ECF No. 10, 2:25-26.) Therefore, Defendant Brad S. Dempster is dismissed without prejudice.

Dated: December 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption has been amended according to the dismissal of Brad S. Dempster in this Order.

1