IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. PIERCE, an individual;<br>DAWN M. PIERCE, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTY OF SIERRA, CALIFORNIA, a political subdivision of the State of California; OFFICE OF SHERIFF OF THE COUNTY OF SIERRA; JACOB ALLEN MURRAY, an individual,<br><br>　　　　　Defendants.<br>_____ | 2:11-cv-02280-GEB-EFB<br><br><u>ORDER STAYING ACTION AND</u><br><u>SCHEDULING STATUS CONFERENCE</u> |

　　　　The parties filed a Stipulation Regarding Stay of Action on January 19, 2012, in which they state in relevant part as follows:

　　　　　WHEREAS, on August 26, 2011, Plaintiffs filed the above referenced action in this court based upon a complete diversity of jurisdiction between all plaintiffs and all defendants;

　　　　　WHEREAS, Defendant, Jacob Allen Murray ("MURRAY"), is and was a Deputy Sheriff for the County of Sierra, State of California, and it was the understanding of both counsel that MURRAY was a California resident;

　　　　　WHEREAS, on September 19, 2011, Plaintiffs' counsel, in an attempt to protect the case if a diversity challenge were made, filed an action in the Superior Court of California, County of Sierra, case number 7260 ("STATE ACTION");

1

```
                WHEREAS, on January 5, 2012, Defendant MURRAY
        filed an answer in this court;

                WHEREAS, counsel for defendants have recently
        provided counsel for plaintiffs with a "Declaration
        of Jacob Allen Murray" which states, in relevant
        part, MURRAY was, at the time of the accident and
        the filing of this action, a resident of the State
        of Nevada;

                WHEREAS, counsel for plaintiffs would have, in
        this  action,  sought  an  opportunity  to  conduct
        discovery regarding MURRAY's domicile in Nevada,
        including, but not limited to, the reasons for
        MURRAY's move to and his intent to remain in
        Nevada; and

                WHEREAS, both counsel agree the aforementioned
        discovery can be conducted in the STATE ACTION are
        willing, with the court's approval, to avoid the
        necessity of motion practice over the diversity
        issue in this court until such time as discovery is
        conducted.

                NOW THEREFORE, IT IS HEREBY STIPULATED AND
        AGREED, by the parties through their attorneys of
        record as follows:

        1.      This matter will be stayed at this time
                in favor of the STATE ACTION; and,

        2.      This matter may proceed in the STATE
                ACTION without prejudice to the parties
                rights to bring before this court a
                motion or counter-motion to assert or
                defeat   this   court's   diversity
                jurisdiction over this matter should
                discovery in the STATE ACTION reveal the
                basis therefor.
```

(ECF No. 12, 1:21-2:18.)

Since the parties' stipulate that this action be stayed so that the parties could conduct discovery in the STATE ACTION concerning Defendant MURRAY's domicile, this federal lawsuit is stayed until the below ordered joint status report is required to be filed.

A status conference is scheduled to commence at 9:00 a.m. on April 23, 2012; a joint status report shall be filed no later than

1  fourteen (14) days prior to the status conference, in which the parties
2  shall address this court's subject matter jurisdiction over this action
3  and whether this action should continue pending in light of the pending
4  STATE ACTION.

Dated:  January 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge