IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JAMES J. PIERCE, an individual;   )
DAWN M. PIERCE, an individual,    )   2:11-cv-02280-GEB-EFB
                                  )
            Plaintiffs,           )
                                  )   STATUS (PRETRIAL SCHEDULING)
       v.                         )   ORDER
                                  )
COUNTY OF SIERRA, CALIFORNIA, a   )
political subdivision of the      )
State of California; OFFICE OF    )
SHERIFF OF THE COUNTY OF SIERRA;  )
JACOB ALLEN MURRAY, an            )
individual,                       )
                                  )
            Defendants.           )
_____)
```

The parties' request that the stay in this action "be reinstated" to allow time to conduct additional discovery concerning the domicile of Defendant Murray is granted. This federal action is stayed until the below ordered joint status report is required to be filed.

A status conference is scheduled to commence at 9:00 a.m. on July 23, 2012; a joint status report shall be filed no later than fourteen (14) days prior to the status conference, in which the parties shall address this court's subject matter jurisdiction over this action and whether this action should continue pending in light of the related action pending in the Superior Court of California, County of Sierra.

Dated:  April 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28