IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES J. PIERCE, an individual;   )
DAWN M. PIERCE, an individual,    )      2:11-cv-02280-GEB-EFB
                                  )
                Plaintiffs,       )
                                  )      ORDER
        v.                        )
                                  )
COUNTY OF SIERRA, CALIFORNIA, a   )
political subdivision of the      )
State of California; OFFICE OF    )
SHERIFF OF THE COUNTY OF SIERRA;  )
JACOB ALLEN MURRAY, an            )
individual,                       )
                                  )
                Defendants.       )
_____   )

        This action was stayed until the filing of the parties' July 9, 2012 Joint Status Report ("JSR"), to allow time for the parties to conduct additional discovery concerning the domicile of Defendant Murray. See ECF No. 15. The parties state in the JSR as follows concerning the status of the domicile issue:

> A dispute exists among the parties on subject matter jurisdiction. Plaintiffs believe the facts revealed through discovery support their position that, although Defendant Murray had a residential address in Nevada, he was not "domiciled" in the State of Nevada for purposes of diversity jurisdiction at the time this action was filed. Defendants believe Defendant Murray was domiciled in the State of Nevada.

(JSR 3:5-9.)

        The parties "seek the court's determination of subject matter jurisdiction," and ask the Court to set a briefing schedule and hearing

1

date on Plaintiffs' anticipated "motion for determination of Defendant Murray's domicile." Id. at 3:10-12.

The parties shall meet and confer regarding the briefing schedule on the referenced motion, and shall file a joint status report no later than July 20, 2012, in which they propose a briefing schedule on said motion, which includes a hearing date and time obtained from the Courtroom Deputy.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 23, 2012 is vacated.

IT IS SO ORDERED.

Dated:  July 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge