IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JAMES J. PIERCE, an individual;    )
DAWN M. PIERCE, an individual,     )   2:11-cv-02280-GEB-EFB
                                   )
          Plaintiffs,              )
                                   )   ORDER
     v.                            )
                                   )
COUNTY OF SIERRA, CALIFORNIA, a    )
political subdivision of the       )
State of California; OFFICE OF     )
SHERIFF OF THE COUNTY OF SIERRA;   )
JACOB ALLEN MURRAY, an             )
individual,                        )
                                   )
          Defendants.              )
_____  )
```

The parties state as follows in the Joint Status Report Regarding Briefing Schedule filed July 19, 2012 ("JSR"):

> [T]he parties . . . have met and conferred regarding a briefing schedule in which to motion this court for an order determining this court's subject matter jurisdiction. The parties have agreed as follows:
>
> Hearing Date for Motion:       September 10, 2012
>
> Plaintiffs' Opening Brief:     August 10, 2012
>
> Defendants' Opposition Brief:  August 24, 2012
>
> Plaintiffs' Reply Brief:       August 31, 2012

(ECF No. 18, 1:22-2:1.)

The parties also state in JSR:

> Defendants have raised concerns regarding the disclosure of Defendant Murray's addresses, past and present, given the protections afforded information relating to law enforcement personnel under California Penal Code § 832.7. Since Defendant Murray's residence on the date the action was filed is relevant to the issue of diversity jurisdiction, and without waiving any arguments against the asserted protections, counsel for plaintiffs is willing to stipulate that the motion briefs and any exhibits referenced above be filed under seal.

Id. at 2:2-7.

The parties' proposed briefing schedule is adopted. However, the parties' stipulation concerning filing motion briefs under seal is not approved since it appears over-broad, and has not been shown to be authorized under applicable sealing law.

Dated: July 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge