UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. PIERCE, an individual; DAWN M. PIERCE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SIERRA, CALIFORNIA, a political subdivision of the State of California; OFFICE OF SHERIFF OF THE COUNTY OF SIERRA; JACOB ALLEN MURRAY, an individual,<br><br>  Defendant. | No. 2:11-cv-02280-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Defendants filed a "Notice of Pending Settlement" on September 30, 2013, in which they state:

> [N]otice is hereby given that the parties have reached an agreement with regard to principal terms of settlement agreement in the above-entitled matter. The parties are currently exchanging drafts of acceptable settlement and release language that will include the dismissal of this action. While the parties seek final settlement language, the parties request a stay of twenty (20) days for all pre-trial filing in the above-captioned matter.
>
> The parties respectfully request that the Court grant them a total of sixty (60) days to complete and file all dismissal and dispositive papers.

(Notice of Settlement, ECF No. 54.)

1

Therefore, a dispositional document shall be filed no later than December 2, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the trial scheduled to commence on November 5, 2013, is vacated. A status conference is scheduled on February 3, 2014, at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2